# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. GIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YATES, et. al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00917-SMS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF THE COMPLAINT AND SUMMONS AND SERVICE OF SUBSEQUENT PAPERS<br><br>(Doc. 7) |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2009, Plaintiff filed a motion for service of the complaint and summons and service of subsequent papers.

　　　　The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). The Court will direct the United States Marshal to serve Plaintiff's First Amended Complaint only after the Court has screened the First Amended Complaint and determined that it contains cognizable claims for relief against the named defendants. The Court has a large number of prisoner civil rights cases pending before it and will screen Plaintiff's First Amended Complaint in due course.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for service of the complaint and summons and service of subsequent papers, filed December 9, 2009 is denied.

IT IS SO ORDERED.

**Dated:   April 21, 2010**                    /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE