# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. GIL, | CASE NO. 1:09-cv-00917-GBC (PC) |
| Plaintiff, | PLAINTIFF'S MOTION FOR EXTENSION OF TIME IS GRANTED |
| v. | |
| JAMES A. YATES, | (ECF No. 38) |
| Defendant. | FIRST AMENDED COMPLAINT DUE BY **SEPTEMBER 1, 2011** |

## ORDER

Plaintiff Francisco J. Gil ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 4, 2011, the Court screened Plaintiff's Second Amended Complaint and found that it failed to state any claims upon which relief may be granted. (ECF No. 36.) The Court dismissed Plaintiff's Complaint and ordered him to file a third amended complaint within thirty days. (Id.) Plaintiff failed to file anything. On June 20, 2011, the Court then ordered Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's Screening Order or file an amended complaint. (ECF No. 37.)

1

On July 13, 2011, Plaintiff filed a pleading requesting an extension of time to file an amended complaint. Plaintiff states that he is now living in Mexico and that it took 55 days for him to receive the Court's May 4, 2011 Screening Order.

Because Plaintiff has shown good cause, the Court will give Plaintiff until **September 1, 2011** to file a third amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is GRANTED one final opportunity to file an Amended Complaint.

2. Plaintiff's Amended Complaint is due on or before **September 1, 2011**;

3. No further extensions of time shall be granted; and

4. Failure to comply with this Order will result in dismissal of this action for failure to prosecute and failure to state a claim upon which relief could be granted.

IT IS SO ORDERED.

Dated:   July 19, 2011

UNITED STATES MAGISTRATE JUDGE

2