# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GIL,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES A. YATES, et al.,<br><br>    Defendants.<br>_____/ | 1:09-cv-00917-GBC (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>Doc. 47<br><br>FORTY-FIVE DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 2, 2011, Defendant Woodend filed a motion for extension of time to file a responsive pleading. Defendant's motion for extension of time to file a responsive pleading is HEREBY GRANTED.

Defendant has **forty-five (45) days** from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

Dated:   December 7, 2011

UNITED STATES MAGISTRATE JUDGE