1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

FRANCISCO GIL,                                  )   1:09cv00917 DLB (PC)
                                                )
                    Plaintiff,                  )   ORDER DIRECTING DEFENDANT TO
                                                )   CONSENT TO OR DECLINE UNITED
        v.                                      )   STATES MAGISTRATE JUDGE JURISDICTION
                                                )   WITHIN FIFTEEN DAYS
J. WOODEND,                                     )
                                                )
                    Defendant.                  )
                                                )
                                                )
_____ )

        This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Francisco Gil, a former state

prisoner proceeding pro se and in forma pauperis.  This action is currently assigned only to the

undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix

A(k)(4) of the Local Rules of the Eastern District of California.  Defendant has now appeared in the

action.

        Therefore, Defendant shall notify the Court within fifteen (15) days from the date of service of

this order whether he consents to or declines United States Magistrate Judge jurisdiction.


IT IS SO ORDERED.

    Dated:   __June 17, 2013__                          _____ /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28